UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GARY ALAN EBERLY,<br><br>                    Petitioner,<br><br>         v.<br><br>A. GONZALVEZ,<br><br>                    Respondent. | Case No.  2:25-cv-3012-JDP (P)<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

1

IT IS SO ORDERED.

Dated:    October 30, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE