UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ALAN EBERLY,

           Petitioner,

    v.

A. GONZALVEZ,

           Respondent.

Case No.  2:25-cv-3012-JDP (P)

ORDER

Petitioner, a state prisoner, brings this action under section 2254.  ECF No. 1.  He has also filed numerous other motions, requesting DNA testing, discovery, appointment of counsel, clarification, and for arrest warrants for various individuals whom he alleges wronged him.  ECF Nos. 5, 6, 7, 8, 9, & 13.  The petition appears untimely, and I will dismiss it with leave to amend so that petitioner may explain why, if at all, it should proceed.  Additionally, I will grant his application to proceed *in forma pauperis*, ECF No. 11.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019);

1

*Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

The petition is untimely.  The conviction at issue stems from 2016, and, in a previous case filed in this district in 2019, *Eberly v. Neuschmid*, the petition was dismissed as untimely.  *See* 2:19-cv-1631-MCE-DMC at ECF Nos. 18 & 33.  If that earlier petition was untimely, then the current one is all the more so.  And petitioner has failed to plead facts indicating that one of the narrow exceptions to the statute of limitations applies.

I will dismiss the petition with leave to amend.  If petitioner chooses to file an amended petition, he must do so on the form provided.  The amended petition should be titled "First Amended Petition."

In light of this dismissal, petitioner's ancillary motions, referenced above, are denied. They may be renewed, as appropriate, if any of his claims ultimately survive screening.

Accordingly, it is ORDERED that:

1.      The petition, ECF No. 1, is DISMISSED with leave to amend.

2.      Within thirty days from service of this order, petitioner shall file either (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice.

3.       Failure to timely file either an amended petition or notice of voluntary dismissal may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

4.      The Clerk of Court shall send petitioner a habeas petition form with this order.  If he files an amended petition, he must use this form.

5.      Petitioner's motions at ECF Nos. 5, 6, 7, 8, 9, & 13 are DENIED.

6.      Petitioner's application to proceed *in forma pauperis*, ECF No. 11, is GRANTED.

IT IS SO ORDERED.

Dated:    February 10, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2