UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ALAN EBERLY,

Petitioner,

v.

A. GONZALVEZ,

Respondent.

Case No.  2:25-cv-3012-WBS-JDP (P)

ORDER

On May 5, 2026, I entered findings and recommendations that the first amended petition, ECF No. 15, be dismissed without leave to amend.  ECF No. 17.  Petitioner has filed a motion for extension of time, until June 17, 2026, to file objections to those recommendations.  ECF No. 18.  His motion will be granted.

It is, therefore, ORDERED that petitioner's motion for extension of time, ECF No. 18, is GRANTED and his objections are due by June 17, 2026.

IT IS SO ORDERED.

Dated:   May 29, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1